

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

April 14, 2020

**BY ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

>   **Re:**   *United States v. Francis O'Reilly*, 19 Cr. 882 (KMK)

Dear Judge Karas:

   Sentencing in this matter is currently scheduled for April 22, 2020, at 2 p.m. In light of the COVID-19 pandemic, the parties respectfully request that the Court adjourn the sentencing until early June 2020. The defendant, through counsel, joins in this request.

>   Respectfully submitted,
>
>   GEOFFREY S. BERMAN
>   United States Attorney
>
>   By: /s/ Olga Zverovich
>   Olga I. Zverovich
>   Assistant United States Attorney
>   Tel: (212) 637-2514

cc:   Jason Ser, Esq. (by ECF)

*Granted. The sentence is adjourned to 6/4/20 at 2:00 pm*

**SO ORDERED**

KENNETH M. KARAS U.S.D.J.
4/14/20