

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 26, 2020

**BY ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Francis O'Reilly*, 19 Cr. 882 (KMK)

Dear Judge Karas:

    Sentencing in this matter is currently scheduled for June 4, 2020, at 2 p.m. In light of the COVID-19 pandemic, the Government respectfully requests that the Court adjourn the sentencing until August 2020. The Government has attempted to reach defense counsel but has not received the defendant's position on the adjournment.

                                Respectfully submitted,

                                GEOFFREY S. BERMAN
                                United States Attorney

                              By: /s/ Olga Zverovich
                                Olga I. Zverovich
                                Assistant United States Attorney
                                Tel: (212) 637-2514

cc:    Jason Ser, Esq. (by ECF)

*Granted. The sentence will go forward on September 9, 2020 at 10:00 A.M.*

**SO ORDERED**

KENNETH M. KARAS U.S.D.J.
5/26/2020