

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 1, 2020

**BY ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

### Re: *United States v. Francis O'Reilly*, **19 Cr. 882 (KMK)**

Dear Judge Karas:

The Government respectfully submits this letter in connection with the sentencing in the above case, which is scheduled for September 9, 2020, at 10 a.m. The Government respectfully requests permission to file its sentencing memorandum by Friday, September 4. This extension, if granted, will enable the Government to consider and address any arguments raised by the defendant in his sentencing memorandum, which the Government understands will likely be filed today. The defendant, through counsel, consents to this request.

Granted.

So Ordered.

9/1/20

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:/s/ Olga Zverovich
    Olga I. Zverovich
    Assistant United States Attorney
    Tel: (212) 637-2514

cc:    Jason Ser, Esq. (by ECF)