MEMO ENDORSED

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 6, 2023

The Honorable Kenneth M. Karas
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    **United States v. Francis O'Reilly**
             19 Cr. 882 (KMK)

Dear Judge Karas:

    I write to respectfully request early termination of supervised release for Mr. O'Reilly on the above-captioned matter.

    Mr. O'Reilly pleaded guilty to Failure to Pay Over Payroll Taxes, in violation of 26 U.S.C. § 7202, and Tax Evasion, in violation of 26 U.S.C. § 7201. On September 22, 2020, he was sentenced 18 months' imprisonment plus 2 years of supervised release.

    Mr. O'Reilly was released from BOP custody on January 14, 2022. His supervised release is scheduled to end on January 14, 2024. He is currently supervised by Probation Officer Alan Swartz from the District of Connecticut. Since his release, Mr. O'Reilly has been fully compliant with all release conditions, including a monthly payment of $150.00 toward restitution.

    I have discussed this case with Officer Swartz and the Probation Office from the Southern District of New York. Neither office opposes his request for early termination. I have also discussed this case with AUSA Olga Zverovich. She indicated that her office does not oppose this motion. Therefore, Mr. O'Reilly respectfully requests early termination of his supervised release.

Granted.
So Ordered.
*[signature]*
3/6/23

Sincerely,
*[signature]*
Rachel S. Martin
Assistant Federal Defender

Cc:    AUSA Olga Zverovich
       United States Probation